UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HELEN CHAPMAN and ROBERT CHAPMAN, residents of Cook County, Illinois, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 1:16-cv-4155 |
| NUHN INDUSTRIES, LTD, a foreign corporation, JOHN T. FEENEY, individually and as an employee agent and/or servant of NUHN INDUSTRIES LTD, and NANCY SAMARDZIC, a resident of Cook County, Illinois, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### DEFENDANT NUHN INDUSTRIES LTD'S
### NOTICE OF REMOVAL OF CAUSE

Defendant NUHN INDUSTRIES LTD ("Nuhn Industries"), by and through its attorneys, Wilson Elser Moskowitz Edelman & Dicker LLP, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and the Local Rules of the United States District Court for the Northern District of Illinois, notifies this Honorable Court that the above-entitled cause has been removed form the Circuit Court of Cook County, Illinois, Law Division, to the United States District Court for the Northern District of Illinois, Eastern Division, and in support of said notice, states as follows:

1. On March 18, 2016, Plaintiffs filed their Complaint at Law in the Circuit Court of Cook County, Illinois, Law Division, against the Defendants seeking damages for personal injuries allegedly sustained by Helen Chapman in a multiple vehicle accident on February 17, 2016 on Interstate 80 at Harlem Avenue in Cook County, Illinois. *See* Plaintiffs' Complaint at Law attached as **Exhibit A**.

2. The Summons and Complaint in this civil action were served on Nuhn Industries, through its registered agent in Illinois, Edward D. McNamara, Jr., on April 4, 2016. *See* Correspondence from Law Offices of McNamara & Evans dated April 4, 2016 attached as **Exhibit B**.

3. Plaintiffs' complaint alleges that the accident was caused by Defendant Nuhn Industries' willful and wanton and negligent conduct, in addition to the negligent conduct of its employee and/or agent John T. Feeney. *See* Ex. A, Count I ¶ 9; Count II ¶ 6; Count III ¶ 6; Count IV ¶ 9; Count V ¶6; Count VI ¶6.

4. Plaintiffs are residents-citizens of Illinois and reside in Cook County, Illinois. *See* Ex. A.

5. Defendant, Nuhn Industries, is a foreign corporation with its principal place of business in Ontario, Canada.

6. Defendant John T. Feeney is a resident-citizen of Canada and resides in Canada.

7. Upon information and belief, Defendant Nancy Samardzic is a citizen of the State of Illinois and resides in Cook County, Illinois. *See* Ex. A.

8. Upon information and belief, Plaintiffs will be seeking damages in excess of $75,000 as a result of personal injuries allegedly sustained in the subject accident.

9. Accordingly, proper diversity citizenship exists between the parties as required under 28 U.S.C. § 1332, and the amount in controversy in this case exceeds the jurisdictional limit of $75,000.00, exclusive of interest and costs.

10. Under the forum defendant rule, "[a] civil action otherwise removable solely on the basis of jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly joined ***and served*** as defendants is a citizen of the State in which such

action is brought." 28 U.S.C. § 1441(b)(2) (emphasis added). Further, "[o]nce served, a defendant may immediately remove an otherwise removable case without regard to the unserved forum defendant . . .." *Holmstrom v. Harad*, 2005 U.S. Dist. LEXIS 16694 (N.D. Ill. Aug. 11, 2005); *see also Hess v. Great Atlantic & Pac. Tea Co., Inc.*, 520 F.Supp. 370, 375-76 (N.D. Ill. 1981)("Since a defendant not served with process would ordinarily not join in a removal petition [28 U.S.C. § 1448] obviously contemplates non-joinder situations where removal is still proper.").

11. Here, Defendant Nancy Samardzic, the only Defendant alleged to be a citizen of the State of Illinois, and resident of Cook County, Illinois has not yet been served. As a result, Defendant Nuhn Industries, the only defendant to be served, may properly remove this case to Federal Court pursuant to 28 U.S.C. §§ 1441, 1446.

12. Accordingly, the requisite elements of jurisdiction have been satisfied and diversity of the parties exists which entitled Defendant to remove this action to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1332 and 1446.

WHEREFORE, Defendant, NUHN INDUSTRIES LTD, notifies this Court that this cause has been removed from the Circuit Court of Cook County, Illinois, Law Division, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to the provisions of 28 U.S.C. § 1446 and the Local Rules of the United States District Court for the Northern District of Illinois.

2074646v.1

Respectfully Submitted,

**NUHN INDUSTRIES LTD**

By: /s/ *Brian C. Padove*
     One of its attorneys

Craig M. Derrig (#6277369)
Brian C. Padove
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603
Tel: (312) 704-0550
Fax: (312) 704-1522
E-Mail: craig.derrig@wilsonelser.com
E-Mail: brian.padove@wilsonelser.com

### CERTIFICATE OF SERVICE

    I hereby certify that on April 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system and/or by U.S. Regular Mail:

*Attorney for Plaintiff*
Bryan L. Bradley
KENNETH J. ALLEN LAW GROUP, LLC
1109 Glendale Boulevard
Valparaiso, IN 46383
Tel: (219) 465-6292

Parties may access this filing through the Court's system.

*/s/ Brian C. Padove*
Brian C. Padove

4